# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 29 WM 2015 |
| Respondent | |
| v. | |
| SEAN D. GREENE, | |
| Petitioner | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Although counsel was seemingly negligent in failing to comply with filing deadlines, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122. Counsel is **DIRECTED** to file the Petition for Allowance of Appeal within 15 days.